UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY ELLEN O'ROURKE, Personal
Representative of the Estate of Thomas
P. O'Rourke,

    Plaintiff,

vs                                               Case No: 10-14374
                                                      Honorable Victoria A. Roberts

AMERICAN EXPRESS COMPANY, INC.,

    Defendant.

## **JUDGMENT**

Consistent with the Court's Order Adopting the Report and Recommendation,

**IT IS ORDERED** that Judgment is entered in favor of Defendant.

Dated at Detroit, Michigan on July 13, 2011.


                                                                David J. Weaver
                                                                Clerk of the Court

Approved:
                                                          BY:  S/Carol A. Pinegar


S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge