UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MARY ELLEN O'ROURKE, PERSONAL REPRESENTATIVE OF THE ESTATE OF THOMAS O'ROURKE,**

CASE NUMBER: 10-14374
HONORABLE VICTORIA A. ROBERTS
MAG. JUDGE MARK RANDON

        **Plaintiff,**

v.

**AMERICAN EXPRESS CORPORATION,**

        **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On September 8, 2011 Magistrate Judge Randon issued a Report and Recommendation [Doc.38], recommending that Defendant's Motion for Costs and Attorney fees [Doc.33] be denied. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Thus, the Court adopts the Report and Recommendation. Defendant's Motion is **DENIED**.

    **IT IS ORDERED**.

                           /s/ Victoria A. Roberts
                           Victoria A. Roberts
                           United States District Judge

Dated:  October 14, 2011

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 14, 2011.

S/Linda Vertriest
Deputy Clerk